# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONNIE EARL DUKE

NO. 2019 KW 1281

DEC 0 6 2019

---

In Re:    Donnie Earl Duke, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          Nos. 09-11-0029 & 09-11-0217.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**  The First Circuit Court of Appeal is a court
of review, and relator has not pointed to any specific ruling by
the lower court for this court to consider.  Furthermore, the
allegations in the petition for a writ of mandamus regarding the
sufficiency of the evidence in these cases are in the nature of
a request for postconviction relief.  The time period to seek
postconviction relief expired in these cases in 2014.  See La.
Code Crim. P. arts. 924(A) & 930.8(A).

                              **PMc**
                              **JEW**
                              **GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
         FOR THE COURT